

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00048-CR

Antonio **NUNEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR3502
The Honorable Laura Lee Parker, Judge Presiding

PER CURIAM

Sitting:    Luz Elena D. Chapa, Justice
            Irene Rios Justice
            Beth Watkins, Justice

Delivered and Filed: June 19, 2019

PERMANENTLY ABATED

Appellant's counsel has notified the court that appellant died on June 3, 2019. This appeal was perfected before appellant's death and this court has not yet issued a mandate. We therefore permanently abate the appeal. *See* TEX. R. APP. P. 7.1(a)(2); *Vargas v.* State, 659 S.W.2d 422, 423 (Tex. Crim. App. 1983).

PER CURIAM

DO NOT PUBLISH